# United States District Court

## WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: 3:05cr288-Mu

Mr. David Pui
C/O Michael Barnes, Esquire
1909 J.N. Pease Place, Suite 202
Charlotte, NC  28262
704/548-0093

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | | |
|---|---|---|
| Place | United States Federal Courthouse<br>401 West Trade Street<br>Charlotte, North Carolina  28202 | Room<br>Magistrate Court |
| Before: | UNITED STATES MAGISTRATE JUDGE | Date and Time<br>8/22/05 @ 10:25am |

**NOTE:** CONTACT THE U. S. PROBATION PRE-TRIAL OFFICE (704/350-7671)  **IMMEDIATELY** UPON SERVICE OF THIS SUMMONS.

To answer a(n)

[ X ] Indictment    [  ] Information    [  ] Complaint    [  ] Order of court    [  ] Violation Notice

Charging you with Title __18__ United States Code, Section(s) __2319, 371__
and Title __17__ United States Code, Section __506__.

Brief description of offense

**knowingly and voluntarily combine, conspire, confederate and agree with others to infringe a copyright by the reproduction and distribution, of copyrighted works which have a total retail value of more than $2,500.**

_Michelle Anderton_ _____  _7/28/05_ _____  AT CHARLOTTE, NC
Signature of Issuing Officer                     Date

FRANK G. JOHNS, Clerk of Court
Name and Title of Issuing Officer