# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

David Chen Pui

**WAIVER OF INDICTMENT**

FILED
IN COURT
CHARLOTTE, N. C.

AUG 2 2 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

CASE NUMBER: 3:05cr288

I, _____David Chen Pui_____, the above named defendant, who is accused of

Conspiracy to commit offense against the US

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____8/22/05_____ prosecution by indictment and consent that the pro-
                        *Date*
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
            Judicial Officer