IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR288-MU

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DAVID CHEN PUI,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon its own motion. Defendant was sentenced on June 27, 2006, to a term of imprisonment of twelve (12) months and one (1) day. On July 11, 2006, a Judgment was issued stating incorrectly that Defendant's sentence was twelve months, leaving off the extra day of incarceration to which Defendant was sentenced.

**IT IS THEREFORE ORDERED** that Defendant's Judgment be modified to reflect his actual sentence of twelve (12) months and one (1) day.

Signed: July 12, 2006

Graham C. Mullen
United States District Judge